UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUCKROCK FOUNDATION, INC. and PRIVACY INTERNATIONAL,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>    Defendant. | C.A. No. 1:20-cv-12170-ADB |

**ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO ANSWER**

    Defendant U.S. Department of State ("Defendant"), by and through its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully moves for a 18-day extension of time to answer Plaintiff Muckrock Foundation Inc.'s and Plaintiff Privacy International's (together, "Plaintiffs") Complaint. As grounds for this motion, Defendant states as follows:

    1.    This is a FOIA case. *See* Doc # 1. It is not exactly clear when Defendant's answer is due. Rather than spending the time to calculate the due date based on when process was made on the various governmental components required to be served in this case—and also in order to avoid any potential disputes that may arise between the parties regarding that issue—the parties conferred and decided that Defendant would file this motion for an extension of time to file an answer no later than February 26, 2021.

    2.    Defendant submits that this relatively brief delay will benefit both the Court and the parties in this case. Rather than spending the near term working on an answer only, Defendant will be able to continue working on an answer while also continuing its efforts and obligations under FOIA.

3. The parties' counsel have had a preliminary conference call regarding this case and are prepared to work collaboratively to avoid unnecessary disputes. As a result of those discussions, Plaintiff's counsel have assented to the relief sought in this motion.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and allow Defendant to answer no later than February 26, 2021.

        Respectfully submitted,

        U.S. DEPARTMENT OF STATE

        By its attorneys,

        ANDREW E. LELLING,
        United States Attorney

By:   */s/ Jason C. Weida*
      Jason C. Weida
      Assistant U.S. Attorney
      U.S. Attorney's Office
      John J. Moakley U.S. Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA  02210
      (617) 748-3100
      jason.weida@usdoj.gov

Dated:  February 8, 2021

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that, by email on February 2 and 5, 2021, and by telephone on February 3, 2021, I conferred with Plaintiff's counsel, who assented to the relief sought in this motion.

        */s/ Jason C. Weida*
        Jason C. Weida

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  February 8, 2021         */s/ Jason C. Weida*
                                             Jason C. Weida