UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUCKROCK FOUNDATION, INC. and PRIVACY INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 1:20-cv-12170-ADB<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION FOR AN EXTENSION OF TIME
FOR THE PARTIES TO FILE A JOINT PROPOSED SCHEDULE**

Defendant U.S. Department of State ("Defendant"), by and through its attorney, Nathaniel Mendell, Acting United States Attorney for the District of Massachusetts, respectfully moves for a one-week extension of time for the parties to file a joint proposed schedule, as ordered by this Court on March 1, 2021. Doc. # 7. Defendant reports that the parties have been working collaboratively to negotiate a joint proposed schedule, but need some additional extra time to finalize their proposal and obtain client approvals. Defendant anticipates that the parties will be able to file a joint proposed schedule one week from today, if not sooner.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and allow the parties to file their joint proposed schedule no later than March 18, 2021.

Respectfully submitted,

U.S. DEPARTMENT OF STATE

By its attorneys,

ANDREW E. LELLING,
United States Attorney

By: */s/ Jason C. Weida*

Jason C. Weida  
Assistant U.S. Attorney  
U.S. Attorney's Office  
John J. Moakley U.S. Courthouse  
1 Courthouse Way, Suite 9200  
Boston, MA  02210  
(617) 748-3100  
jason.weida@usdoj.gov  

Dated:  March 11, 2021

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

  I hereby certify that, by email on March 10 and 11, 2021, I conferred with Plaintiff's counsel, who assented to the relief sought in this motion.

           */s/ Jason C. Weida*
           Jason C. Weida