## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| MUCKROCK FOUNDATION, INC. and | ) |
| PRIVACY INTERNATIONAL, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| U.S. DEPARTMENT OF STATE, | ) |
|  | ) |
| Defendant. | ) |

C.A. No. 1:20-cv-12170-ADB

_____)

### JOINT PROPOSED SCHEDULE

Pursuant to the Court's Electronic Order, dated March 1, 2021 (Doc. # 7), the above-captioned parties respectfully submit the below joint proposed schedule.  The parties do not object to the court setting a schedule based on this written submission without holding a hearing or conference.

As previously reported, the parties have worked collaboratively since this case began in an effort to ensure Plaintiffs' FOIA requests are processed as efficiently as possible.  Following the Court's Order, the parties have been negotiating how to move forward in this FOIA case and on what schedule.  The parties have agreed as follows:

1.       Defendant will begin by performing a search for materials responsive to Plaintiffs' first FOIA request, referred to in the complaint as the Wiretapping Request, based on modified, targeted search criteria to which the parties have agreed. The modified language of the Wiretapping Request is attached to this Joint Proposed Schedule as Attachment 1.

2.       On May 5, 2021, Defendant will begin releasing documents responsive to the search criteria in the modified Wiretapping Request. Should the search yield less than 300 pages of potentially responsive material, Defendant will process the material and release all responsive

records in a single batch, barring the need for any clearances from external Executive Branch components. Should the search yield more than 300 pages of potentially responsive material, Defendant will endeavor to process 300 pages per month and will continue rolling releases on the first Wednesday of each month until all documents responsive to the modified Wiretapping Request have been released.  Plaintiffs reserve the right to ask the Court to order Defendant to process a fixed number of pages each month.

3.      Within 30 days of Defendant's last release of documents responsive to the modified Wiretapping Request, the parties will confer to determine whether Defendant is likely to possess any additional records that would have been within the scope of the original, unmodified Wiretapping Request. If so, Plaintiffs shall submit any additional requests for records to Defendant no later than 14 days following such conference.  Any such additional requests shall reasonably describe targeted and specific records that would have been within the scope of the original, unmodified Wiretapping Request and that were not included in the releases to date. If no such requests are made, the parties shall confer as described in the paragraph 4.

4.      Within 30 days of Defendant's last release of documents responsive to the Wiretapping Request, including any records released under the procedure described in paragraph 3, the parties will confer to determine which of the Plaintiffs' outstanding requests Defendant will process next, the schedule for such processing and production, and any modifications to the request language. Following such conference the parties will file a revised Joint Proposed Schedule with the Court.

5.      The parties will submit a joint status report every 60 days, the first of which will be filed 60 days after the Court sets a schedule.

Respectfully submitted,

U.S. DEPARTMENT OF STATE

By its attorneys,

ANDREW E. LELLING,
United States Attorney

By:   */s/ Jason C. Weida*
Jason C. Weida
Assistant U.S. Attorney
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100
jason.weida@usdoj.gov


MUCKROCK FOUNDATION, INC.
PRIVACY INTERNATIONAL

By their attorneys,

*/s/ Mason A. Kortz*
Mason A. Kortz
Cyberlaw Clinic
Harvard Law School
1585 Massachusetts Avenue, Suite 5018
Cambridge, MA 02138
Tel: 858-922-1990
Email: mkortz@law.harvard.edu

Kendra K. Albert
Cyberlaw Clinic
Harvard Law School
1585 Massachusetts Avenue, Suite 5018
Cambridge, MA 02138
Tel: 617-998-1558
Email: kalbert@law.harvard.edu

Dated:  March 18, 2021