# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MUCKROCK FOUNDATION, INC.** and **PRIVACY INTERNATIONAL**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **DEPARTMENT OF STATE** <br><br> *Defendant*. | Civil Action No. 20-cv-12170-ADB |

## UNOPPOSED MOTION TO DEEM SERVICE COMPLETE

Plaintiffs MuckRock Foundation, Inc., and Privacy International hereby respectfully move the court for an order deeming service of summonses complaints complete under Fed. R. Civ. P. 4(i). There is no dispute that the Attorney General and the United States Attorney for Massachusetts were served the required papers in a timely manner as required under Fed. R. Civ. P. 4(i)(4)(A). Plaintiffs assert that reattempting service on Defendant Department of State would serve no purpose at this time and that no party would be prejudiced by allowance of this motion. In support of this motion, Plaintiffs rely on the attached Declaration of Mason A. Kortz and supporting exhibits. Therefore, Plaintiffs respectfully request the court allow this motion.

Dated: May 7, 2021

Respectfully submitted,

/s/ Mason A. Kortz

Mason A. Kortz
Cyberlaw Clinic
Harvard Law School
1585 Massachusetts Avenue, Suite 5018
Cambridge, MA 02138
Tel: 858-922-1990
Email: mkortz@law.harvard.edu

Kendra K. Albert
Cyberlaw Clinic

Harvard Law School
1585 Massachusetts Avenue, Suite 5018
Cambridge, MA 02138
Tel: 617-998-1558
Email: kalbert@law.harvard.edu

*Counsel for Plaintiffs*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that, on April 26, 2021, I conferred with counsel for Defendant Department of State by email, who stated the Defendant will not oppose the relief sought in this motion.