## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MUCKROCK FOUNDATION, INC.** and **PRIVACY INTERNATIONAL**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DEPARTMENT OF STATE**<br><br>*Defendant*. | Civil Action No. 20-cv-12170-ADB |

## DECLARATION OF MASON A. KORTZ

I, Mason A. Kortz, hereby state that:

1. On December 15, 2020, I sent copies of the summons and complaint in the above-captioned case by first-class certified mail United States Mail to the following government agencies (Exhibit A):

   | | |
   |---|---|
   | U.S. Department of State | Receipt No. 70200090000167279802 |
   | U.S. Attorney General | Receipt No. 70200090000167279796 |
   | U.S. Attorney for Massachusetts | Receipt No. 70200090000167279819 |

2. According to a tracking report from the U.S. Postal Service, the U.S. Attorney for Massachusetts received a copy of the summons and complaint on December 16, 2020 (Exhibit B).

3. According to a tracking report from the U.S. Postal Service, the U.S. Attorney General received a copy of the summons and complaint on January 13, 2021 (Exhibit B).

4. According to a tracking report from the U.S. Postal Service, the copy of the summons and complaint sent to the U.S. Department of State was "In Transit" as of January 16, 2021 but was never delivered.

5. On February 3, 2021, I communicated by phone with counsel for Defendant, Assistant U.S. Attorney Jason C. Weida, about this case. During this conversation, Attorney Weida indicated that he had received the summons and complaint.

6. On February 4, 2021, AUSA Weida filed an Assented-To Motion for an Extension to Time to Answer the complaint. Docket. No. 4. The motion noted that, because some agencies had been served and some had not, "[i]t is not exactly clear when Defendant's answer is due." *Id.* The motion further provided that parties sought "to avoid any

    potential disputes that may arise between the parties regarding [the deadline for answering the complaint]." *Id.*

7. On February 8, 2021, the Court granted the above referenced motion.

8. Since February 8, 2021, parties have proceeded in all respects as if service had been made on all required agencies.

9. As of the date of this declaration the U.S. Postal Service website still indicates that the copy of the summons and complaint sent to the U.S. Department of State is "In Transit."

10. On April 26, 2021, I communicated by email with AUSA Weida regarding a Motion to Deem Service Complete in this case. AUSA Weida stated that Defendant would not oppose the motion or make any objection to the adequacy of service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 7, 2021                                  /s/ Mason A. Kortz

                                                          Mason A. Kortz

# **EXHIBIT A**

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7020 0090 0001 6727 9802

Certified Mail Fee: $3.55
Postage: $2.20
Total: $5.75
Postmark: DEC 15 2020, CAMBRIDGE 02139

Sent To: Office of the Legal Adviser
U.S. Department of State
600 19th Street NW, Suite 5.600
Washington DC 20522

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7020 0090 0001 6727 9796

Certified Mail Fee: $3.55
Postage: $2.20
Total: $5.75
Postmark: DEC 15 2020, CAMBRIDGE 02139

Sent To: Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7020 0090 0001 6727 9819

Certified Mail Fee: $3.55
Postage: $2.20
Total: $5.75
Postmark: DEC 15 2020, CAMBRIDGE 02139

Sent To: ATTN: Civil-Process Clerk
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

# **EXHIBIT B**



