UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUCKROCK FOUNDATION, INC. and PRIVACY INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | C.A. No. 1:20-cv-12170-ADB |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated March 19, 2021 (Doc. #11) ("Scheduling Order"), the above-captioned parties respectfully submit the below joint status report.

1. Subsequent to the May 18, 2021, joint status report (Doc. #14), parties met on May 26, 2021, and conferred regarding document production under the modified Wiretapping Request. Parties identified specific additional responsive records that might be in Defendant's possession, which Defendant agreed to attempt to locate. As such, Plaintiff did not nominate a second request for processing at that time.

2. On June 9, 2021, and July 15, 2021, Defendant produced two additional sets of records consisting of 57 pages and 20 pages, respectively. Defendant reports that as part of its efforts to locate documents responsive to the modified Wiretapping Request, it has reviewed several thousand pages of material.

3. Parties met on July 16, 2021, and again conferred regarding document production. Parties again identified a small number of specific records that might be in Defendant's possession or that appeared to have been truncated by processing software. Defendant agreed that it would attempt to locate these records before the next production.

4. Defendant anticipates that it will complete processing of the modified Wiretap Request by the next production date, except to the extent any newly identified documents require external consultation with other Executive Branch components.[1] Parties will confer after the next production to determine whether Plaintiffs will (a) request additional records under the original Wiretapping Request under paragraph 3 of the Scheduling Order or (b) proceed to nominate a second request for processing under paragraph 4 of the Scheduling Order.

5. The parties have continued to work collaboratively to ensure Plaintiffs' FOIA requests are processed as efficiently as possible. Based on experience production so far, Parties have identified mutually agreeable changes to the production process. Parties anticipate filing a joint motion to amend the current scheduling order prior to the next production date.

6. The parties will file their next joint status report by September 20, 2021.

Dated: July 20, 2021

Respectfully submitted,

U.S. DEPARTMENT OF STATE

By its attorneys,

ANDREW E. LELLING,
United States Attorney

By: */s/ Jason C. Weida*
Jason C. Weida

Assistant U.S. Attorney
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100
jason.weida@usdoj.gov

---

[1] Plaintiffs take no position as to the completeness or adequacy of the search under the modified Wiretap Request at this time.

MUCKROCK FOUNDATION, INC.
PRIVACY INTERNATIONAL

By their attorneys,

*/s/ Mason A. Kortz*
Mason A. Kortz
Cyberlaw Clinic
Harvard Law School
1585 Massachusetts Avenue, Suite 5018
Cambridge, MA 02138
Tel: 858-922-1990
Email: mkortz@law.harvard.edu

Kendra K. Albert
Cyberlaw Clinic
Harvard Law School
1585 Massachusetts Avenue, Suite 5018
Cambridge, MA 02138
Tel: 617-998-1558
Email: kalbert@law.harvard.edu