**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MUCKROCK FOUNDATION, INC. and PRIVACY INTERNATIONAL, ) ) ) ) Plaintiffs, ) ) v. ) ) U.S. DEPARTMENT OF STATE, ) ) Defendant. ) ) | C.A. No. 1:20-cv-12170-ADB |

### JOINT MOTION TO AMEND SCHEDULING ORDER

Since the filing of this action, the above-captioned Parties have endeavored to work together to ensure that litigation proceeds as efficiently as possible. Pursuant to the Joint Schedule approved by the Court on March 19, 2021, the Parties have gone through five rounds of production, submitted two joint status reports, and held multiple meetings. Based on these experiences, the Parties have identified modifications to the schedule that the Parties agree would improve administration of this case. Accordingly, the Parties hereby respectfully request that the Court enter an order modifying the Joint Schedule as follows:

1. The next production of documents will be due on Friday, October 15, 2021, with subsequent productions made every 6 weeks. This supersedes the requirement in Paragraph 2 of the Joint Schedule that Defendant produce documents on the first Wednesday of the month.

2. Production for subsequent requests pursuant to Paragraph 4 of the Joint Schedule will begin six weeks after the Parties have agreed on modifications to the request, with additional productions made every six weeks until the request is complete.

3. Starting on Friday, November 5, 2021, the Parties will submit a Joint Status Report every 12 weeks (84 days). This supersedes the requirement in Paragraph 5 of the Joint

Schedule that the Parties file a Joint Status Report every 60 days.

The parties do not object to the court amending the Joint Schedule based on this written submission without holding a hearing or conference.

| | |
|---|---|
| Dated:  September 7, 2021 | Respectfully submitted,<br><br>U.S. DEPARTMENT OF STATE<br><br>By its attorneys,<br><br>ANDREW E. LELLING,<br>United States Attorney |
| By: | */s/ Jason C. Weida*<br>Jason C. Weida<br><br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>John J. Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>(617) 748-3100<br>jason.weida@usdoj.gov<br><br><br>MUCKROCK FOUNDATION, INC.<br>PRIVACY INTERNATIONAL<br><br>By their attorneys,<br><br>*/s/ Mason A. Kortz*<br>Mason A. Kortz<br>Cyberlaw Clinic<br>Harvard Law School<br>1585 Massachusetts Avenue, Suite 5018<br>Cambridge, MA 02138<br>Tel: 858-922-1990<br>Email: mkortz@law.harvard.edu<br><br>Kendra K. Albert<br>Cyberlaw Clinic<br>Harvard Law School |

                                        1585 Massachusetts Avenue, Suite 5018  
                                        Cambridge, MA 02138  
                                        Tel: 617-998-1558  
                                        Email: kalbert@law.harvard.edu