UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUCKROCK FOUNDATION, INC. and PRIVACY INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | C.A. No. 1:20-cv-12170-ADB |

**JOINT STATUS REPORT**

Pursuant to the Court's Electronic Order dated September 9, 2021 (Dkt. # 17), the above-captioned parties respectfully submit the below joint status report.

1. As previously reported, the parties have worked collaboratively since this case began in an effort to ensure Plaintiffs' FOIA requests are processed as efficiently as possible, and to that end agreed on parameters for both prioritizing certain requests out of the seven at issue in this case, and narrowing the scope of each request to target records Plaintiffs are most interested in.

2. Since the filing of the parties' previous joint status report, the U.S. Department of State ("State" or the "Department") issued interim productions on August 4, 2021; September 1, 2021; and October 15, 2021. These productions comprised documents responsive to the prioritized "Wiretapping Request" as modified by the parties. The Department anticipates that it will be done processing the Wiretapping Request with its November 26, 2021 production.

3. Once the Department finishes processing the Wiretapping Request, the parties plan to confer to designate the next priority request. As with the Wiretapping Request, the parties will work to narrow the scope of the next request. Production of non-exempt records responsive to

the next request will begin six weeks after the parties have agreed on modification to the request, with additional productions made every six weeks until the request is complete.

    4.      The parties will file their next joint status report by January 28, 2022.

                                Respectfully submitted,

                                MUCKROCK FOUNDATION, INC.
                                PRIVACY INTERNATIONAL

                                By their attorneys,

                                */s/ Mason A. Kortz*
                                Mason A. Kortz
                                Cyberlaw Clinic
                                Harvard Law School
                                1585 Massachusetts Avenue, Suite 5018
                                Cambridge, MA 02138
                                Tel: 858-922-1990
                                Email: mkortz@law.harvard.edu

                                Kendra K. Albert
                                Cyberlaw Clinic
                                Harvard Law School
                                1585 Massachusetts Avenue, Suite 5018
                                Cambridge, MA 02138
                                Tel: 617-998-1558
                                Email: kalbert@law.harvard.edu

Dated:  November 5, 2021