**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

|  |  |  |
|---|---|---|
| MUCKROCK FOUNDATION, INC. and PRIVACY INTERNATIONAL, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 1:20-cv-12170-ADB |
| v. | ) ) | |
| U.S. DEPARTMENT OF STATE, | ) ) | |
| Defendant. | ) ) | |

_____ )

**JOINT STATUS REPORT**

Pursuant to the Court's Electronic Order dated September 9, 2021 (Dkt. # 17), the above-captioned parties respectfully submit the below joint status report.

1.      The parties have continued to work collaboratively to ensure Plaintiffs' FOIA requests are processed efficiently. Since the filing of the parties' previous joint status report, the Department issued one interim production on December 7, 2021, responsive to Plaintiffs' Wiretapping Request. This constitutes the final production on the Wiretapping Request, with the exception of a single record that is under review by another agency. The Department will produce all non-exempt material in that final record as soon as external review is complete.

2.      The parties have conferred and designated the second priority request, referred to in the Complaint (Dkt. #1) as "Request #2: The CARSI Request." As with the Wiretapping Request, the parties agreed to narrow the scope of the request. The modified language of the CARSI Request is attached to this Joint Status Report as Attachment 1.

3.      Per the agreement in the prior status report, the Department will make an initial production of records responsive to the CARSI Request on March 7, 2022, with additional productions made every six weeks until the request is complete.

4.      The parties will file their next joint status report by April 22, 2022.


Dated: January 28, 2022                    Respectfully submitted,


                                           MUCKROCK FOUNDATION, INC.
                                           PRIVACY INTERNATIONAL

                                           By their attorneys,

                                           */s/ Mason A. Kortz*
                                           Mason A. Kortz
                                           Cyberlaw Clinic
                                           Harvard Law School
                                           1585 Massachusetts Avenue, Suite 5018
                                           Cambridge, MA 02138
                                           Tel: 858-922-1990
                                           Email: mkortz@law.harvard.edu

                                           Kendra K. Albert
                                           Cyberlaw Clinic
                                           Harvard Law School
                                           1585 Massachusetts Avenue, Suite 5018
                                           Cambridge, MA 02138
                                           Tel: 617-998-1558
                                           Email: kalbert@law.harvard.edu