## ATTACHMENT 1

**Modified Request #2 – "The CARSI Request" - F-2019-06654**

*Records related to the DOS assistance to foreign governments through the Central American Regional Security Initiative ("CARSI") concerning wiretap- or intercept-related information:*

1. Records sufficient to show which wiretapping centers have been established under CARSI.

2. Records related to the provision of training through CARSI to foreign units, specifically:

    a. Training schedules (with the start and end dates, course titles, and the agency providing the training);

    b. Records sufficient to show the titles of all educational materials provided to participants for the training;

    c. Records sufficient to show training course descriptions, specifically information on the objectives and expected outcomes for each course; and

    d. Records sufficient to show the participating agencies for each course and their country of origin.

3. Risk assessments regarding CARSI, both broadly applicable to the program and particularly pertaining to each wiretapping center established under CARSI.

4. Contracts with the prime contractor of each wiretapping center, or, if the State Department is not in possession of such contracts, records sufficient to show the name of the prime contractor of each wiretapping center.

The time period for the request is January 1, 2008, to the present.