UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUCKROCK FOUNDATION, INC. and PRIVACY INTERNATIONAL, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | C.A. No. 1:20-cv-12170-ADB |

**JOINT STATUS REPORT**

Pursuant to the Court's Electronic Order dated January 31, 2022 (Dkt. # 21), the above-captioned parties respectfully submit the below joint status report.

1. The parties have continued to work collaboratively to ensure Plaintiffs' FOIA requests are processed efficiently. Since the filing of the parties' previous joint status report, the Department has made two productions of non-exempt, responsive material to Plaintiff.

2. On April 8, 2022, the Department issued its final production of non-exempt material responsive to Plaintiffs' Wiretapping Request. The production consisted of one record that had been under review by another agency.

3. On April 18, 2022, the Department made its first production of non-exempt material responsive to Plaintiffs' CARSI Request, releasing five records in part and withholding three records in full.

4. The Department will make a second production of records responsive to the CARSI Request on or before May 30, 2022, with additional productions made every six weeks until the request is complete.

5. The parties will file their next joint status report by July 15, 2022.

Dated: April 22, 2022

Respectfully submitted,

U.S. DEPARTMENT OF STATE

By its attorneys,

RACHAEL S. ROLLINS
United States Attorney
District of Massachusetts

*/s/ Thomas E. Kanwit*
Thomas E. Kanwit
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Thomas.kanwit@usdoj.gov

MUCKROCK FOUNDATION, INC.
PRIVACY INTERNATIONAL

By their attorneys,

*/s/ Mason A. Kortz*
Mason A. Kortz
Cyberlaw Clinic
Harvard Law School
1585 Massachusetts Avenue, Suite 5018
Cambridge, MA 02138
Tel: 858-922-1990
Email: mkortz@law.harvard.edu

Kendra K. Albert
Cyberlaw Clinic
Harvard Law School
1585 Massachusetts Avenue, Suite 5018
Cambridge, MA 02138
Tel: 617-998-1558
Email: kalbert@law.harvard.edu