UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUCKROCK FOUNDATION, INC. and PRIVACY INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | C.A. No. 1:20-cv-12170-ADB |

## JOINT STATUS REPORT

Pursuant to the Court's Electronic Order dated April 25, 2022 (Dkt. # 23), the above-captioned parties respectfully submit the below joint status report.

1. The parties have continued to work collaboratively to ensure Plaintiffs' FOIA requests are processed efficiently. Since the filing of the parties' last joint status report, the Department has made two productions of non-exempt, responsive material to Plaintiffs.

2. On May 27, 2022, the Department made its second production of non-exempt material responsive to Plaintiffs' CARSI Request, releasing four records in part.

3. On July 11, 2022, the Department made its third production of non-exempt material responsive to Plaintiffs' CARSI Request, releasing five records in part.

4. On July 15, 2022, the parties conferred regarding ways to increase transparency in the production process, particularly with regard to records submitted for external review. The Department agrees that it will endeavor to keep Plaintiffs informed of the approximate number of pages pending review by other government agencies or third parties with each production cycle until the request is complete.

5. The parties further conferred and designated the third priority request, referred to

in the Complaint (Dkt. #1) as "Request #3: The Training Request." As with the two prior requests, the parties agreed to work to narrow the scope of the request. The parties will file the amended language with the next Joint Status Report.

6. The Department will make a fourth production of records responsive to the CARSI Request on or before August 22, 2022, with additional productions made every six weeks until the request is complete.

7. The parties will file their next joint status report by October 7, 2022.

Dated: July 15, 2022

Respectfully submitted,

U.S. DEPARTMENT OF STATE

By its attorneys,

RACHAEL S. ROLLINS,
United States Attorney

*/s/ Thomas E. Kanwit*
Thomas E. Kanwit,
Assistant U.S. Attorney

MUCKROCK FOUNDATION, INC.
PRIVACY INTERNATIONAL

By their attorneys,

*/s/ Mason A. Kortz*
Mason A. Kortz
Cyberlaw Clinic
Harvard Law School
1585 Massachusetts Avenue, Suite 5018
Cambridge, MA 02138
Tel: 858-922-1990
Email: mkortz@law.harvard.edu

Kendra K. Albert
Cyberlaw Clinic
Harvard Law School
1585 Massachusetts Avenue, Suite 5018
Cambridge, MA 02138

Tel: 617-998-1558
Email: kalbert@law.harvard.edu