UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUCKROCK FOUNDATION, INC. and PRIVACY INTERNATIONAL, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | C.A. No. 1:20-cv-12170-ADB |

**JOINT STATUS REPORT**

Pursuant to the joint status report filed on July 15, 2022 in the above-captioned action (Dkt. #24), Muckrock Foundation, Inc. and Privacy International ("Plaintiffs") and the U.S. Department of State ("State" or the "Department") respectfully submit the below joint status report.

1. The parties have continued to work collaboratively to ensure Plaintiffs' FOIA requests are processed efficiently. Since the filing of the parties' last joint status report, the Department has made two productions of non-exempt, responsive material to Plaintiffs.

2. On August 22, 2022, the Department made its fourth production of non-exempt material responsive to Plaintiffs' CARSI Request, releasing eight records in part.

3. On October 3, 2022, the Department made its fifth production of non-exempt material responsive to Plaintiffs' CARSI Request, releasing six records in part and withholding four records in their entirety.

4. As reported in the last joint status report, on July 15, 2022, the parties conferred regarding ways to increase transparency in the production process, particularly regarding records submitted for external review. The Department has endeavored to keep Plaintiffs informed of the

approximate number of pages pending review by other government agencies or third parties with each production cycle and will continue to do so until the request is complete.

5. The Department has also started processing the third priority request, referred to in the Complaint (Dkt. #1) as "Request #3: The Training Request."  Further, the parties have also designated the fourth priority request, referred to in the Complaint as "Request #4: The Haiti Request."  As with the first two requests, the parties worked to narrow the scope of the third and fourth priority requests.  The amended language of the third and fourth priority requests is attached (Attachment 1).

6. The Department will make a sixth production of records responsive to the CARSI Request on or before November 14, 2022, with additional productions made every six weeks until the request is complete.

7. The parties will file their next joint status report by December 30, 2022.

| | |
|---|---|
| Dated: October 12, 2022 | Respectfully submitted,<br><br>U.S. DEPARTMENT OF STATE<br><br>By its attorneys,<br><br>RACHAEL S. ROLLINS,<br>United States Attorney<br><br>*/s/ Thomas E. Kanwit*<br>Thomas E. Kanwit,<br>Assistant U.S. Attorney<br><br>MUCKROCK FOUNDATION, INC.<br>PRIVACY INTERNATIONAL<br><br>By their attorneys,<br><br>*/s/ Mason A. Kortz*<br>Mason A. Kortz |

Cyberlaw Clinic
Harvard Law School
1585 Massachusetts Avenue, Suite 5018
Cambridge, MA 02138
Tel: 858-922-1990
Email: mkortz@law.harvard.edu

Kendra K. Albert
Cyberlaw Clinic
Harvard Law School
1585 Massachusetts Avenue, Suite 5018
Cambridge, MA 02138
Tel: 617-998-1558
Email: kalbert@law.harvard.edu