UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MUCKROCK FOUNDATION, INC. and PRIVACY INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | C.A. No. 1:20-cv-12170-ADB |

**JOINT STATUS REPORT**

Pursuant to the joint status report filed on October 12, 2022, in the above-captioned action (Dkt. #25), Muckrock Foundation, Inc. and Privacy International ("Plaintiffs") and the U.S. Department of State ("State" or the "Department") respectfully submit the below joint status report.

1. The parties have continued to work collaboratively to ensure Plaintiffs' FOIA requests are processed efficiently. Since the filing of the parties' last joint status report, the Department has made one production of non-exempt, responsive material to Plaintiffs.

2. On November 14, 2022, the Department made its seventh production of non-exempt material responsive to Plaintiffs' CARSI Request, releasing twenty-six records in part.

3. On December 23, 2022, the Department made its eighth production of non-exempt material responsive to Plaintiffs' CARSI Request, releasing one record in full and seven records in part.

4. The Department has endeavored to keep Plaintiffs informed of the approximate number of pages pending review by other government agencies or third parties with each production cycle and will continue to do so until the request is complete.

5.      The Department has also started processing the third priority request, referred to in the Complaint (Dkt. #1) as "Request #3: The Training Request," and the fourth priority request, referred to in the Complaint as "Request #4: The Haiti Request."

6.      The Department will make the next production of records responsive to the CARSI request on or before February 6, 2023, and continue making productions made every six weeks until the CARSI request is complete.

7.      The parties will file their next joint status report by March 24, 2023.

Dated: December 29, 2022

Respectfully submitted,

U.S. DEPARTMENT OF STATE

By its attorneys,

RACHAEL S. ROLLINS,
United States Attorney

*/s/ Thomas E. Kanwit*
Thomas E. Kanwit,
Assistant U.S. Attorney

MUCKROCK FOUNDATION, INC.
PRIVACY INTERNATIONAL

By their attorneys,

*/s/ Mason A. Kortz*
Mason A. Kortz
Cyberlaw Clinic
Harvard Law School
1585 Massachusetts Avenue, Suite 5018
Cambridge, MA 02138
Tel: 858-922-1990
Email: mkortz@law.harvard.edu

Kendra K. Albert
Cyberlaw Clinic
Harvard Law School
1585 Massachusetts Avenue, Suite 5018
Cambridge, MA 02138

Tel: 617-998-1558
Email: kalbert@law.harvard.edu