UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MUCKROCK FOUNDATION, INC. and PRIVACY INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | C.A. No. 1:20-cv-12170-ADB |

**JOINT STATUS REPORT**

Pursuant to the joint status report filed on December 29, 2022 in the above-captioned action (Dkt. #26), Muckrock Foundation, Inc. and Privacy International ("Plaintiffs") and the U.S. Department of State ("State" or the "Department") respectfully submit the below joint status report.

1. The parties have continued to work collaboratively to ensure Plaintiffs' FOIA requests are processed efficiently. Since the filing of the parties' last joint status report, the Department has made two productions of non-exempt, responsive material to Plaintiffs.

2. On February 6, 2023, the Department made its eighth production of non-exempt material responsive to Plaintiffs' CARSI Request (F-2019-06654 / FL-2021-00054), releasing one record in full and ten records in part.

3. On March 21, 2023, the Department made its ninth production of non-exempt material responsive to Plaintiffs' CARSI Request (F-2019-06654 / FL-2021-00054) and its first production of non-exempt material responsive to Plaintiffs' Central Request (F-2019-06754 / FL-2021-00057). In total, the Department released three records in full and eight records in part.

4. The Department's processing of the CARSI Request and the Central Request

(Plaintiffs' second and sixth requests, respectively) is ongoing. Furthermore, as previously reported, the Department has also started processing Plaintiffs' third request—the Training Request (F-2019-06756 / FL-2021-00058). Finally, the Department has finished processing Plaintiffs' Wiretapping Request (F-2019-06791 / FL-2021-00059) and Plaintiffs' Haiti Request (F-2019-06752 / FL-2021-00056) (Plaintiffs' first and fourth requests, respectively).

5. The Department will make a tenth production of records responsive to Plaintiffs' FOIA requests on or before May 1, 2023, with additional productions made every six weeks until the requests are completed.

6. The parties will file their next joint status report by June 16, 2023.

Dated: March 24, 2023

Respectfully submitted,

U.S. DEPARTMENT OF STATE

By its attorneys,

RACHAEL S. ROLLINS,
United States Attorney

*/s/ Thomas E. Kanwit*
Thomas E. Kanwit,
Assistant U.S. Attorney

MUCKROCK FOUNDATION, INC.
PRIVACY INTERNATIONAL

By their attorneys,

*/s/ Mason A. Kortz*
Mason A. Kortz
Cyberlaw Clinic
Harvard Law School
1585 Massachusetts Avenue, Suite 5018
Cambridge, MA 02138
Tel: 858-922-1990
Email: mkortz@law.harvard.edu

        Kendra K. Albert
        Cyberlaw Clinic
        Harvard Law School
        1585 Massachusetts Avenue, Suite 5018
        Cambridge, MA 02138
        Tel: 617-998-1558
        Email: kalbert@law.harvard.edu

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 22, 2023      By:   */s/ Thomas E. Kanwit*
                                                      Thomas E. Kanwit