**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MUCKROCK FOUNDATION, INC. and PRIVACY INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 1:20-cv-12170-ADB<br>)<br>)<br>)<br>)<br>)<br>) |

**STATUS REPORT**

Pursuant to the joint status report filed on March 22, 2023, in the above-captioned action (Dkt. #27), Muckrock Foundation, Inc. and Privacy International ("Plaintiffs") respectfully submit the below status report.

1. Plaintiffs make this as a single-party status report. Plaintiffs sent the U.S. Department of State (the "Department") a draft status report for approval on Wednesday, June 14. As of 9:00 PM on Friday, June 16, Plaintiffs have not received consent to file jointly.

2. The parties have continued to work collaboratively to ensure Plaintiffs' FOIA requests are processed efficiently. Since the filing of the parties' last joint status report, the Department has made two productions of non-exempt, responsive material to Plaintiffs.

3. On May 4, 2023, the Department made its second production of non-exempt material responsive to Plaintiffs' Central Request (F-2019-06754 / FL-2021-00057), releasing 14 records in full and 20 records in part.

4. On June 13, 2023, the Department made its third production of non-exempt material responsive to Plaintiffs' Central Request (F-2019-06754 / FL-2021-00057) and its tenth production of non-exempt material responsive to Plaintiffs' CARSI Request (F-2019-06654 / FL-

2021-00054), releasing a total of six records in full and 11 records in part.

5.     The Department's processing of the CARSI Request and the Central Request (Plaintiffs' second and sixth requests, respectively) is ongoing. Furthermore, as previously reported, the Department has also started processing Plaintiffs' third request—the Training Request (F-2019-06756 / FL-2021-00058).

6.     The Department is scheduled to make its next production of records responsive to Plaintiffs' FOIA requests on or before July 24, 2023, with additional productions made every six weeks until the requests are completed.

7.     The parties will file their next joint status report by September 8, 2023.

Dated: June 16, 2023                               Respectfully submitted,

MUCKROCK FOUNDATION, INC.
PRIVACY INTERNATIONAL

By their attorneys,

*/s/ Mason A. Kortz*
Mason A. Kortz
Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Avenue, 4th Floor
Cambridge, MA 02138
Tel: 617-495-2845
Email: mkortz@law.harvard.edu

Kendra K. Albert
Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Avenue, 4th Floor
Cambridge, MA 02138
Tel: 617-998-1558
Email: kalbert@law.harvard.edu