UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUCKROCK FOUNDATION, INC. and PRIVACY INTERNATIONAL,<br><br>   Plaintiffs,<br><br>   v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>   Defendant. | C.A. No. 1:20-cv-12170-ADB |

**JOINT STATUS REPORT**

Pursuant to the status report filed on June 16, 2023, in the above-captioned action (Dkt. #28), Muckrock Foundation, Inc. and Privacy International ("Plaintiffs") and the U.S. Department of State ("State" or the "Department") respectfully submit the below joint status report.

1. The parties have continued to work collaboratively to ensure Plaintiffs' FOIA requests are processed efficiently. Since the filing of the last status report, the Department has made two productions of non-exempt, responsive material to Plaintiffs.

2. On July 24, 2023, the Department made its fourth production of non-exempt material responsive to Plaintiffs' Central Request (F-2019-06754 / FL-2021-00057), releasing one record in full.

3. On September 1, 2023, the Department made its fifth production of non-exempt material responsive to Plaintiffs' Central Request (F-2019-06754 / FL-2021-00057), releasing two records in full and one record in part.

4. The Department's processing of the Central Request, Plaintiffs' second request, is ongoing. Furthermore, as previously reported, the Department has also started processing Plaintiffs' third request, the Training Request (F-2019-06756 / FL-2021-00058).

5. Finally, the parties have agreed to language narrowing Plaintiffs' final two requests, the Caribbean Request (F-2019-06749) and the Technical Assistance Request (F-2020-00877). The modified Requests are attached to this Joint Status Report as Attachment 1 and Attachment 2, respectively.

6. The Department will make its next production of records responsive to Plaintiffs' FOIA requests on or before October 16, 2023, with additional productions made every six weeks until the requests are completed.

7. The parties will file their next joint status report by December 1, 2023.

Dated: September 8, 2023

Respectfully submitted,

U.S. DEPARTMENT OF STATE

By its attorneys,

JOSHUA S. LEVY,
Acting United States Attorney

*/s/ Thomas E. Kanwit*
Thomas E. Kanwit,
Assistant U.S. Attorney

MUCKROCK FOUNDATION, INC.
PRIVACY INTERNATIONAL

By their attorneys,

*/s/ Mason A. Kortz*
Mason A. Kortz
Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Avenue, 4th Floor
Cambridge, MA 02138
Tel: 858-922-1990
Email: mkortz@law.harvard.edu

Kendra K. Albert

Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Avenue, 4th Floor
Cambridge, MA 02138
Tel: 617-998-1558
Email: kalbert@law.harvard.edu