## ATTACHMENT 1

**Modified Request #5 – "The Caribbean Request" – F-2019-06749**

*Records concerning the DOS's provision of law enforcement trainings and equipment to specific governments in the Caribbean.*

1. Records related to the provision of law enforcement equipment to the **Dominican Republic, Guyana, Jamaica, and Suriname**, specifically:
    (a) Descriptions of the types of quantities of equipment provided; and
    (b) Any risk assessments regarding the provision of the equipment.

2. Records related to the provision of law enforcement trainings in the **Dominican Republic, Guyana, Jamaica, and Suriname,** specifically:
    (a) Training schedules, with the start and end dates, the course titles, and the agency providing the training;
    (b) Records sufficient to show the titles of all educational materials provided to the participants for the training;
    (c) Records sufficient to show course descriptions, specifically the information on the objectives and expected outcomes, for each course; and
    (d) Any risk assessments regarding the provision of the training.

The time period for the request is January 1, **2012**, to the present.