## ATTACHMENT 2

**Modified Request # 7 — "The Technical Assistance Request" — F-2020-00877**

*Records concerning the DOS's provision of security technical assistance to specific foreign governments.*

1. Records related to the provision of security technical assistance to **the Bahamas**, specifically any guidance on draft legislation to address issues with corruption.

2. Records related to the provision of security technical assistance to **Peru**, specifically:
    (a) Risk assessments regarding the provision of assistance for the Automated Targeting System-Global and the Biometrics Identification Transnational Migration Alert Program; and
    (b) Information regarding the training funded by the United States on cybercrimes and passenger risk analysis, specifically:
        (i) Training schedules, with the start and end dates, the course titles, and the agency providing the training;
        (ii) Records sufficient to show the titles of all educational materials provided to the participants for the training; and
        (iii) Records sufficient to show course descriptions, specifically the information on the objectives and expected outcomes for each course.

The time period for the request is January 1, **2012**, to the present.