## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MUCKROCK FOUNDATION, INC. and PRIVACY INTERNATIONAL, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 1:20-cv-12170-ADB |
| v. | ) ) ) | |
| U.S. DEPARTMENT OF STATE, | ) ) | |
| Defendant. | ) ) | |

## <u>JOINT STATUS REPORT</u>

Pursuant to the status report filed on September 8, 2023, in the above-captioned action (Dkt. #30), Muckrock Foundation, Inc. and Privacy International ("Plaintiffs") and the U.S. Department of State ("State" or the "Department") respectfully submit the below joint status report.

1.     The parties have continued to work collaboratively to ensure Plaintiffs' FOIA requests are processed efficiently. Since the filing of the last status report, the Department has made two productions of non-exempt, responsive material to Plaintiffs.

2.     On October 16, 2023, the Department made its sixth production of non-exempt material responsive to Plaintiffs' CARSI Request (F-2019-06654 / FL-2021-00054), releasing two records in part.

3.     On November 27, 2023, the Department made its seventh production of non-exempt material responsive to Plaintiffs' CARSI Request (F-2019-06654 / FL-2021-00054), releasing one record in part.

4.     The Department's processing of the Central Request, Plaintiffs' second request, is ongoing. Furthermore, as previously reported, the Department has also started processing

Plaintiffs' third request, the Training Request (F-2019-06756 / FL-2021-00058).

5.     Finally, the parties have agreed to language narrowing Plaintiffs' final two requests, the Caribbean Request (F-2019-06749) and the Technical Assistance Request (F-2020-00877), as reported in the parties' joint status report on September 8, 2023.

6.     The Department will make its next production of records responsive to Plaintiffs' FOIA requests on or before January 8, 2024, with additional productions made every six weeks until the requests are completed.

7.     The parties will file their next joint status report by February 23, 2024.


Dated: December 1, 2023                    Respectfully submitted,

                                           U.S. DEPARTMENT OF STATE

                                           By its attorneys,
                                           JOSHUA S. LEVY,
                                           Acting United States Attorney

                                           /s/ Thomas E. Kanwit
                                           Thomas E. Kanwit,
                                           Assistant U.S. Attorney

                                           MUCKROCK FOUNDATION, INC.
                                           PRIVACY INTERNATIONAL

                                           By their attorneys,

                                           /s/ Mason A. Kortz
                                           Mason A. Kortz
                                           Cyberlaw Clinic
                                           Harvard Law School
                                           1557 Massachusetts Avenue, 4th Floor
                                           Cambridge, MA 02138
                                           Tel: 858-922-1990
                                           Email: mkortz@law.harvard.edu

                                           Kendra K. Albert
                                           Cyberlaw Clinic

Harvard Law School
1557 Massachusetts Avenue, 4th Floor
Cambridge, MA 02138
Tel: 617-998-1558
Email: kalbert@law.harvard.edu

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  December 1, 2023       By:   */s/ Thomas E. Kanwit*
                                  Thomas E. Kanwit