# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MUCKROCK FOUNDATION, INC. and PRIVACY INTERNATIONAL, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 1:20-cv-12170-ADB |
| v. | ) ) | |
| U.S. DEPARTMENT OF STATE, | ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's electronic order dated December 1, 2023, in the above-captioned action (Dkt. #32), Muckrock Foundation, Inc. and Privacy International ("Plaintiffs") and the U.S. Department of State ("State" or the "Department") respectfully submit the below joint status report.

1.      The parties have continued to work collaboratively to ensure Plaintiffs' FOIA requests are processed efficiently. Since the filing of the last status report, the Department has made two productions of non-exempt, responsive material to Plaintiffs.

2.      On January 8, 2024, the Department made its eighth production of non-exempt material responsive to Plaintiffs' Central Request (F-2019-06754 / FL-2021-00057), notifying Plaintiff that two records must be withheld in their entirety.

3.      On February 21, 2024, the Department made its ninth production of non-exempt material responsive to Plaintiffs' Technical Assistance Request (F-2020-00877 / FL-2021-00060), releasing four records in part.

4.      The Department's processing of Plaintiff's second (the CARSI Request), third (the Training Request), fifth (the Caribbean Request), sixth (the Central Request), and seventh (the

Technical Assistance Request) requests is ongoing.

     5.    The Department will make its next production of records responsive to Plaintiffs' FOIA requests on or before April 1, 2024, with additional productions made every six weeks until the requests are completed.

     6.    The parties will file their next joint status report by May 23, 2024.


Dated: February 23, 2024

Respectfully submitted,

U.S. DEPARTMENT OF STATE

By its attorneys,
JOSHUA S. LEVY,
Acting United States Attorney

*/s/ Thomas E. Kanwit*
Thomas E. Kanwit,
Assistant U.S. Attorney

MUCKROCK FOUNDATION, INC.
PRIVACY INTERNATIONAL

By their attorneys,

*/s/ Mason A. Kortz*
Mason A. Kortz
Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Avenue, 4th Floor
Cambridge, MA 02138
Tel: 858-922-1990
Email: mkortz@law.harvard.edu

Kendra K. Albert
Cyberlaw Clinic
Harvard Law School
1557 Massachusetts Avenue, 4th Floor
Cambridge, MA 02138
Tel: 617-998-1558
Email: kalbert@law.harvard.edu

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 23, 2024            By:      _/s/ Thomas E. Kanwit_
                                                          Thomas E. Kanwit